IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW T. KLEBA,

    Plaintiff,

v.                                                    Case No. 3:23-CV-00198-JDP

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

    Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97–98 (1991). On remand, an Administrative Law Judge (ALJ) will offer Plaintiff the opportunity for a new hearing; proceed through the sequential disability evaluation process as appropriate; obtain supplemental vocational expert testimony if warranted; and issue a new decision.

    SO ORDERED this 30 day of August, 2023.

    /s/ _____
James D. Peterson Chief United
States District Judge